**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ADAM SALAS RAMIREZ,<br><br>        Petitioner,<br><br>vs.<br><br>KEN CLARK,<br><br>        Respondent. | Civil No.        1:07cv1896 BTM (JMA)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART A CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 2253, the Court **GRANTS** Petitioner a Certificate of Appealability on his due process challenge regarding whether "some evidence" supported the Parole Board's denial of parole. A Certificate of Appealability as to all other claims is **DENIED**.

**IT IS SO ORDERED**.

DATED: September 4, 2009

_____
Honorable Barry Ted Moskowitz
United States District Judge